## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

DAVID FINLEY,                                    )
                                                 )
                    Plaintiff,                   )        Case No. 2:22-cv-02323
                                                 )        Removed from the District
v.                                               )        Court of Johnson County, Kansas
                                                 )        Case No. 22CV03523
LIFE CARE CENTERS OF AMERICA, INC.,              )
                                                 )
                    Defendant.                   )

### NOTICE OF REMOVAL

COMES NOW Defendant Life Care Centers of America, Inc., by and through undersigned counsel, and pursuant to 28 U.S.C. §§1332, 1441 and 1446 invokes this Court's jurisdiction under the provisions of 28 U.S.C. §1332, and states the following grounds for removal:

### SHORT AND PLAIN STATEMENT OF GROUNDS FOR REMOVAL

#### I.        Background and Parties

1.        On July 14, 2022, Plaintiff David Finley filed this action in the District Court of Johnson County, Kansas, Case No. 22CV03523 (hereinafter "State Court Case").  Plaintiff is a resident of the State of Kansas.  Petition ¶1 attached as **Exhibit A**.

2.        Plaintiff's Petition names Life Care Centers of America, Inc. as a Defendant.  In the cation of his Petition, Plaintiff erroneously identifies Life Care Centers of America, Inc. as doing business as Garden Terrace of Overland Park.

3.        Defendant Life Care Centers of America is a Tennessee corporation with its principal place of business in Cleveland Tennessee. Attached is **Exhibit B** Defendant's registration with the State of Kansas.

4.        Plaintiff admits in his Petition that Defendant is a foreign corporation. *See* ¶1 of **Exhibit A**.

5.     In his Petition, Plaintiff asserts a cause of action for Wrongful Death-Medical Negligence.  Plaintiff seeks damages in excess of $75,000.00. *See* **Exhibit A**

6.     Plaintiff's claims arise out of the death of his wife Carol Finley who was a resident at Garden Terrace at Overland Park and died on December 11, 2021.

## II.     Basis for Removal

7.     Defendant seeks removal of this action based upon 28 U.S.C. §1332.  Pursuant to 28 U.S.C §1332(a)(1), the District Courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value $75,000, exclusive of interest and costs, and is between citizens of different States.

8.     Here, complete diversity exists between Plaintiff, a resident of the State of Kansas, and Defendant, a foreign corporation with its principal place of business in Tennessee.

9.     Plaintiffs' Petition seeks to recover damages in excess of $75,000.00 from Defendant.  *See* **Exhibit A**.

10.     Plaintiff served Defendant with the Petition on July 18, 2022.  **Exhibit C**, Notice of Service of Process

11.     Under 28 U.S.C. §1446(b)(1), a notice of removal may be filed within 30 days after receipt by the Defendant of the initial pleading.  As Defendant Life Care Centers of America, Inc. was served with the Petition on July 18, 2022, this Notice of Removal is timely filed under 28 U.S.C. §1446(b).

12.     Pursuant to 28 U.S.C. §1446(a), the state court case, which was commenced in the District Court of Johnson County, Kansas, may be removed to the United States District Court for the District of Kansas.

### III.   Conclusion

13.     This action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §1332 as the amount in controversy exceeds $75,000.00 and is between citizens of different States.

14.     Defendant Life Care Centers of America, Inc. was served with a summons on July 18, 2022, and Defendant has timely filed this Notice of Removal.

15.     Pursuant to 28 U.S.C. §1446(d) promptly after filing this Notice of Removal, Defendant will give written notice thereof to Plaintiff.  Defendant will file a copy of its Notice of Removal with the District Court of Johnson County, Kansas.  The Notice of Filing of Notice of Removal is attached hereto as **Exhibit D**.

16.     Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings and orders served upon Defendant are attached as **Exhibit E**.

17.     Defendant Life Care Centers of America, Inc. requests a trial by jury in this matter.

WHEREFORE, Defendant Life Care Centers of America, Inc. prays this action be removed in its entirety from the District Court of Johnson County, Kansas to the United States District Court, District of Kansas and for any other relief the Court deems just and equitable.

Respectfully submitted,

/s/William P. Denning_____
William P. Denning          KS #21560
Denning Law Firm, LLC
8900 Indian Creek Parkway, Suite 210
Overland Park, KS 66210
Telephone:     (816) 702-8400
Facsimile:      (816) 702-8401
wdenning@denninglawfirm.com
***ATTORNEY FOR DEFENDANT***

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, 2022, a true and accurate copy of the foregoing was served via U.S. Mail, postage prepaid, upon:

G. Michael Fatall
Fatall Firm
9233 Ward Parkway, Suite 240
Kansas City, MO 64114
gfatall@ssfs.com
*ATTORNEY FOR PLAINTIFF*

                                        */s/William P. Denning*
                                        Attorney for Defendant