22CV03523
Div6

## IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS

| | |
|---|---|
| DAVID FINLEY | ) |
| | ) Chapter 60 |
| | ) |
| Plaintiff, | ) Case No. |
| v. | ) |
| | ) Div |
| | ) |
| LIFE CARE CENTERS OF | ) |
| AMERICA, INC. d/b/a | ) |
| GARDEN TERRACE AT | ) |
| OVERLAND PARK | ) |
| Defendant | ) |

### PETITION FOR DAMAGES-WRONGFUL DEATH-MEDICAL NEGLIGENCE

COME NOW plaintiff and for his cause of action states:

1. Plaintiff is a resident of Kansas; Defendant is a foreign corporation registered to do business in the state of Kansas that provides health care in Johnson County Kansas.

2. Plaintiff was the lawful husband of Carol Finley who was a resident at the Garden Terrace at Overland Park and who died on December 11, 2021. Plaintiff brings this action pursuant to the Wrongful Death Statutes of Kansas and on behalf of all heirs subject to recovery on account of the wrongful death of Carol Finley.

3. On or about October 25th, 2021 while in her room at Garden Terrace, Carol Finley attempted to go from her bed to the bathroom unassisted and fell striking her head causing a subarachnoid hemorrhage which caused or contributed to cause her death on December 11th, 2021.

4.. During her confinement at Garden Terrace Carol Finley was deemed a high fall risk patient with numerous previous falls and an altered mental state and was ordered to have 24-hour supervision including supervised and assisted ambulation.

*Clerk of the District Court, Johnson County Kansas*
*07/14/22  02:57pm JLD*

**EXHIBIT A**

5.  Defendant, through its agents, servants and employees negligently failed to supervise and assist Carol Finley to ambulate as ordered by her physician causing her to fall and suffer injuries as aforesaid.

5.  The aforesaid negligent conduct of defendant caused or contributed to cause the death of Carol Finley.

WHEREFORE, plaintiff prays for judgment against defendant in a fair and reasonable amount in excess of Seventy-Five Thousand Dollars ($75,000.00), her costs, all damages under the Kansas Wrongful Death Statute and all other relief the Court may deem just and proper.

/s/ G. Michael Fatall
G. MICHAEL FATALL
Kansas Bar No.: 13603
9233 Ward Parkway, Suite 240
Kansas City, MO 64114
(816) 809-2035, FAX: (816) 333-1547
gfatall@ssfs.com
ATTORNEY FOR PLAINTIFF

PLAINTIFF DEMANDS TRIAL BY JURY